## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PHILLIP DEWAYNE STEWART,　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #151956

v.　　　　　　　　　　　　No. 4:14CV00145-JLH-JTK

A. MURPHY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

### ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as defendant is located there and the events complained of allegedly occurred there. *See* 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, El Dorado Division, United States Courthouse, 101 South Jackson Ave., Room 205, El Dorado, AR 71730-6133.

IT IS SO ORDERED this 18th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.